

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00151-CV

_____

LIFE INVESTORS MANAGEMENT COMPANY, LLC, Appellant and Appellee

V.

SETTLEMENTS OF TEXAS, INC., JOHN TED BONHAM, RICHARD D. DEAN, ILS ENTERPRISES, LLC, DAVID BLACKBURN, LAWLER MANAGEMENT LLC, AND LAWLER MANAGEMENT II LLC, Appellees and Appellants

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-307672-19

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "ILS Parties and Lawler Parties' Agreed Motion to Withdraw Notice of Cross-Appeal." We grant the motion and dismiss the cross appeal of ILS Enterprises, LLC, David Blackburn, Lawler Management LLC, and Lawler Management II LLC. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: August 10, 2023